UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>CHRISTOPHER CLARK  )<br>)<br>and  )<br>)<br>WILLIAM WRIGHT,  )<br>)<br>Defendants.  )<br>) | Civil No. 1:20-cv-01529 |

## DEFENDANT CHRISTOPHER CLARK'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and this Court's Local Rule 7, Plaintiffs respectfully move this Court for entry of an Order granting summary judgment in their favor. Specifically, Defendant Clark moves for summary judgment on the claim that he engaged in trading in violation of the Securities Exchange Act as alleged in the Complaint.

For reasons explained in the supporting memorandum, Defendant Clark contends that there is no genuine disputed issue as to any material fact and that they are entitled to judgment as a matter of law. Consequently, Defendant Clark respectfully moves that this Court grant summary judgment in their favor.

/s/ Mark D. Cummings
Mark D. Cummings. (VSB No. 18271)
David E. Sher (VSB No. 12444)
Adam M. Collins (VSB No. 95233)
Sher, Cummings and Ellis
3800 Fairfax Dr., Suite 7

1

Arlington, VA 22203
Phone: (703) 525-1200
Fax: (703) 525-0067

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2021, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic copy to all counsel of record in this matter.

By: /s/ Mark D. Cummings
Mark D. Cummings (VSB 18271)
Sher, Cummings and Ellis
3800 Fairfax Drive, Suite 7
Arlington, Virginia 22203
Tel: (703) 525-1200
Fax: (703) 525-0067
