IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 1:20-cv-01529 ) |
| CHRISTOPHER CLARK, et al., Defendants. | ) ) ) ) |

### ORDER

THIS MATTER comes before the Court on Defendant's Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56, Plaintiff's Motions in Limine, Defendant's Motions in Limine, Defendant's *Daubert* Motion to Preclude Expert Testimony of Michael Cain, and Plaintiff's Motion to Exclude Michael Petron Pursuant to Federal Rule of Evidence 702. For reasons stated from the bench, it is hereby

ORDERED that Defendant's Motion for Summary Judgement is DENIED. It is further ORDERED both Plaintiff's and Defendant's Motions in Limine and *Daubert* Motions are also DENIED without prejudice to be raised at the time of trial.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
November 19, 2021