IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:20-cv-01529 |
| CHRISTOPHER CLARK, | ) ) | |
| Defendant. | ) ) | |

### ORDER

THIS MATTER comes before the Court on Defendant Clark's Oral Motion for Judgment as a Matter of Law pursuant to Rule 50 of the Federal Rules of Civil Procedure. For the reasons stated from the bench, it is hereby

ORDERED that Defendant's Motion for Judgment as a Matter of Law is GRANTED, and this case is DISMISSED.

*Claude M. Hilton*
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
December _13_, 2011