UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER CLARK et al.,<br><br>Defendants. | Civil No. 1:20-cv-01529-CMH-JFA<br><br>NOTICE OF APPEAL |

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

Notice is hereby given that Plaintiff United States Securities and Exchange Commission appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered by the United States District Court, Eastern District of Virginia, on December 13, 2021. *See* Dkt. 157.

Dated: February 9, 2022

Respectfully submitted,

　　　/s/ Sarah M. Hall
Sarah M. Hall (VSB No. 71084)
Daniel J. Maher, admitted *pro hac vice*
Olivia S. Choe, admitted *pro hac vice*
John P. Lucas, admitted *pro hac vice*
Timothy K. Halloran (VSB No. 48352)
U.S. Securities and Exchange Commission
100 F St. N.E., Washington, D.C. 20549
Tel:  (202) 551-4784
halls@sec.gov

*Counsel for Plaintiff Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

  I hereby certify that on February 9, 2022, I filed the foregoing document via CM/ECF and thereby served counsel of record.

                    /s/ Sarah M. Hall
                    Sarah M. Hall