FILED: February 23, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1157
(1:20-cv-01529-CMH-JFA)
_____

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

 Plaintiff - Appellant

v.

CHRISTOPHER CLARK

 Defendant - Appellee

and

WILLIAM WRIGHT

 Defendant

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is reversed. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK