FILED: April 24, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1157
(1:20-cv-01529-CMH-JFA)

_____

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

    Plaintiff - Appellant

v.

CHRISTOPHER CLARK

    Defendant - Appellee

and

WILLIAM WRIGHT

    Defendant

_____

O R D E R

_____

The court denies the petition for rehearing.

Entered at the direction of the panel: Judge Agee, Judge Diaz, and Judge Quattlebaum.

    For the Court

    /s/ Patricia S. Connor, Clerk